Cause Number: Style:
Court Reporter Status Report Preferred Format

 Page Counts

 Event date
 Event description
 Total
 Edited
 Proofread
 E-format
 Remarks

 Totals

 Guidelines
 Each reporter must submit a separate status report
 E-format includes proper bookmarking

 Cause Number: 04-11-99123-CV Style: Conrad v. Nelson
 Court Reporter Status Report Example Report

 Page Counts

 Event date
 Event description
 Total
 Edited
 Proofread
 E-format
 Remarks
 8/22/2011
 Daubert motions, motions in limine
 45
 45
 45
 45

 8/22/2011
 Pre-trial motions: motion to sever, motion to strike
 87
 87
 87
 0

 8/23/2011
 Voir dire
 132
 94
 0
 0

 8/24/2011
 Pre-trial motions: motion to compel, motion in limine
 59
 0
 0
 0

 8/25/2011
 Opening statements; testimony of Mike Conrad
 210
 0
 0
 0

 8/26/2011
 Testimony of Anna Dunn
 285
 0
 0
 0

 8/29/2011
 Testimony of Bob Nelson
 315
 0
 0
 0

 8/30/2011
 Testimony of Mauricio Ramirez
 113
 0
 0
 0

 8/29/2011
 Motions; closing arguments; return of verdict
 145
 0
 0
 0

 8/30/2011
 Post-verdict motions: JNOV, motion for new trial
 76
 0
 0
 0

 Totals
 1,467
 226
 132
 45

 Guidelines
 Each reporter must submit a separate status report
 E-format includes proper bookmarking